William Andrew Allen  01-10-00652CR   IN THE FRIST

01-10-00662 CR.

VS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
JAN - 5 2015
CHRISTOPHER A. PRINE

THE State of TEXAS

District Court

Houston TEXAS 77002

December 29 2014

RE Court of Appeal No. 01-10-00652CR, 01-10-00662CR.
Trial Court Case No. 12976 -12986

Style: William Andrew All v The State of Texas

This is to acknowledge your communication RECEIVED December 29 2014.

Judge Hon Dan R Beck was Not The Judge In These Case's. Hon James Keeshan was The Judge for These Cases.

Elton Mathis was Not The District Attorney. LAURIE A. Sellers And Tiffany Bradshaw were The Attorney for The State.

Calvin Garvie was Not Appointed To me until 8,18,2010

Certificate of Appeals was Not Signed By myself And I was NEVER Given Any Instruction on or About my Appeal Rights. I Did Not Agree or Consent To A Appeal. And I Had Nothing To do with my Motion for New Trial. That was All Done without my Knowledge And without My Consent.

Respectfully
William Andrew Allen

William Andrew Allen
0163 7192 Ellis Unit
1697 Fm 980
Huntsville TEXAS 77348

Court of Appeals
First District Clerk
301 Fannin St
Houston Texas
77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 8 2015

CHRISTOPHER A. PRINE

CLERK

7700220 6599

FOREVER